**SO ORDERED.**

Dated: December 10, 2009

_____
**CHARLES G. CASE, II**
U.S. Bankruptcy Judge
_____

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:09–bk–09767–CGC |
| Ronald W. Ostlund<br>29834 N. 77th Place<br>Scottsdale, AZ 85266<br>**SSAN:** xxx–xx–0844<br>**EIN:** | Chapter: 7 |
| Diane M. Ostlund<br>29834 N. 77th Place<br>Scottsdale, AZ 85266<br>**SSAN:** xxx–xx–7214<br>**EIN:** | |
| Debtor(s) | |

## ORDER TO SHOW CAUSE

A voluntary petition was filed by debtor, a corporation, partnership, LLC, LLP, trust or other artificial entity, without counsel.

Unincorporated associations, partnerships and corporations must appear through an attorney. Rowland v. California Men's Colony, 506 U.S. 194, 201, 113 S. Ct. 716, 721, 121 L.Ed. 2d 656 (1993); C.E. Pope Equity Trust v. United States, 818 F.2d 696, 697–698 (9th Cir. 1987); Church of the New Testament v. United States, 783 F.2d 771, 773–774 (9th Cir. 1986); In re Highley, 459 F.2d 554, 555–556 (9th Cir. 1972). See also In re Victor Publishers, Inc., 545 F.2d 285 (1st Cir. 1976); Eagle Associates v. Bank of Montreal, 926 F.2d 1305 (2nd Cir. 1991); In re America West Airlines, Inc., 164 B.R. 315 (9th Cir. BAP 1994); Move Organization v. United States Department of Justice, 555 F. Supp. 684, 693 (E.D. Pa. 1983)

IT IS ORDERED the debtor shall show cause, if any it has, why this case should not be dismissed for lack of counsel on 1/5/10, at 1:30 P.M. at the U.S. Bankruptcy Court at the following location:

- ☑ 230 North First Avenue, Courtroom No. 601, Phoenix AZ
- ☐ 38 South Scott Avenue, Courtroom No. , Tucson AZ
- ☐ 325 West 19th Street, Yuma AZ
- ☐ 101 W. Goodwin St., 2nd Floor, Prescott AZ

DATED AND SIGNED ABOVE